PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.         Robert Ellis Blunt         Docket No.         2:10CR00134-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Shawn Kennicutt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Robert Ellis Blunt who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 20th day of December 2010 under the following conditions:

**Special Condition:** No Controlled Substances. I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Robert Ellis Blunt is considered in violation of his conditions of pretrial release by using methamphetamine on or about February 16, 2011.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/28/2011

by   Shawn Kennicutt

Shawn Kennicutt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other  _To be sent as soon as reasonable Mar. 1, 2011 if defendant is in Spokane_

Signature of Judicial Officer

02/28/2011
Date