✎ PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

U.S.A. vs.          Robert Ellis Blunt          Docket No.          2:10CR00134-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Shawn Kennicutt, pretrial services officer, presenting an official report upon the conduct of defendant Robert Ellis Blunt who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, Washington, on the 20th day of December 2010, under the following conditions:

**Special Condition:** No Controlled Substances.  I must not use, consume, or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the pretrial services officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Robert Ellis Blunt is considered in violation of his conditions of pretrial release by using methamphetamine between February 9 and 25, 2011.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:          03/04/2011

by          s/Shawn Kennicutt

Shawn Kennicutt
U.S. Probation Officer

## THE COURT ORDERS

[   ]   No Action
[X]   The Issuance of a Warrant
[   ]   The Issuance of a Summons
[   ]   Other

S/ CYNTHIA IMBROGNO

Signature of Judicial Officer

March 7, 2011

Date