```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,      ) No. CR-10-134-EFS
                               )
         Plaintiff,            ) ORDER GRANTING MOTION TO TRAVEL
                               ) AND MOTION TO EXPEDITE AND
    v.                         ) SETTING STATUS CONFERENCE
                               )
ROBERT ELLIS BLUNT,            )
                               )
         Defendant.            )
                               )
```

Pending before the court is Defendant Robert Ellis Blunt's Motion to Modify Detention Order and Motion to Expedite. For good cause shown, Mr. Blunt's Motions **(ECF Nos. 135, 136)** are **GRANTED**.

Mr. Blunt is permitted to travel to Spokane, Washington, from **July 14, 2011, through July 15, 2011.** In addition, he may travel to Spokane as necessary for court-related matters, including consulting with counsel, provided all travel plans are given to his U.S. Probation Officer in a timely manner, and provided he is accompanied by a responsible family member or other responsible person permitted by Pretrial Services. The next status conference is set for **August 4, 2011, at 3:00 p.m.,** before the undersigned. The parties may participate telephonically, if arranged in advance with the court.

DATED July 1, 2011.

                            S/ CYNTHIA IMBROGNO
                         UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO TRAVEL AND MOTION
TO EXPEDITE AND SETTING STATUS CONFERENCE - 1