```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-10-134-EFS |
| Plaintiff, | ORDER GRANTING IN PART MOTION TO MODIFY |
| v. | |
| ROBERT ELLIS BLUNT, | |
| Defendant. | |

Before the court is Defendant's Motion to Modify Conditions of Release. The court has reviewed the reasons for the request and the government's response.

**IT IS ORDERED** that Defendant's Motion **(ECF No. 142)** is **GRANTED in part**. Mr. Blunt may have unaccompanied personal time to benefit his own health and well-being (such as bicycle riding), and unaccompanied time with his son up to two hours daily. In addition, Mr. Blunt may travel to see his attorney, unaccompanied.

Prior to any unaccompanied activity, Mr. Blunt must provide notice to Pretrial Services.

The District Court Executive is directed to file this Order and provide copies to counsel and probation.

DATED July 29, 2011.

                          S/ CYNTHIA IMBROGNO
                       UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING IN PART MOTION TO MODIFY - 1