```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,    ) No. CR-10-134-EFS
                             )
         Plaintiff,          ) ORDER GRANTING
                             ) MOTION TO TEMPORARILY
v.                           ) MODIFY RELEASE CONDITIONS
                             ) AND GRANTING MOTION TO EXPEDITE
ROBERT ELLIS BLUNT,          )
                             )
         Defendant.          )
                             )
```

Before the court is Defendant's Motion to Temporarily Modify Conditions of Release and Motion to Expedite. For good cause show, Mr. Blunt's Motions (ECF No. 147 and ECF NO. 152) are **GRANTED**.

**IT IS ORDERED** that Mr. Blunt is permitted to attend his nephew's wedding, with his family, on July 30, 2011 in Renton, Washington, and shall be accompanied at all times by a responsible family member. Mr. Blunt shall be home no later than 7:00 p.m. on July 30, 2011. All other conditions of release previously entered shall remain in full effect.

The District Court Executive is directed to file this Order and provide copies to counsel and probation.

DATED July 29, 2011.

                    S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER - 1