```
                  UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,        )
                                 )   CR-10-134-EFS
              Plaintiff,         )
                                 )   ORDER GRANTING IN PART
v.                               )   DEFENDANT'S ORAL MOTION TO
                                 )   MODIFY RELEASE CONDITIONS
ROBERT BLUNT,                    )
                                 )   ☑ ECF No. 157
              Defendant.         )
                                 )
```

Defendant's request to attend the treatment activity August 6, 2011 of hiking, which activity will take more than two hours, is GRANTED. Treatment activities, even if they last longer that two hours, shall be permitted, provided Defendant gives timely notice to Pretrial Services.

DATED August 5, 2011.

                                S/ CYNTHIA IMBROGNO
                        UNITED STATES MAGISTRATE JUDGE

ORDER - 1