UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-10-134-EFS |
| Plaintiff, | ORDER GRANTING IN PART MOTION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE |
| v. | |
| ROBERT ELLIS BLUNT, | |
| Defendant. | |

Before the court is Defendant Robert Ellis Blunt's Motion to Modify Conditions of Release. For good cause shown, Mr. Blunt's Motion **(ECF No. 169)** is **GRANTED in part.**

**IT IS ORDERED** that Mr. Blunt is removed from GPS monitoring, and is placed on a curfew of **7:00 p.m. to 6:00 a.m.** to permit employment and for other lawful purposes as permitted by Pretrial Services. Pretrial Services shall have discretion to alter the curfew for good cause. Pretrial also shall have the discretion to determine whether Defendant may be away overnight with his son for a birthday celebration.

All other conditions of release previously entered shall remain in full effect.

DATED September 12, 2011.


　　　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING IN PART MOTION TO MODIFY
ORDER SETTING CONDITIONS OF RELEASE - 1