UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

ROBERT ELLIS BLUNT,

                    Defendant.

NO. CR-10-134-EFS

**ORDER ENTERING RULINGS FROM NOVEMBER 17, 2011 HEARING**

A hearing occurred in this matter on November 17, 2011. Aine Ahmed appeared on behalf of the United States Attorney's Office (USAO). Defendant Robert Ellis Blunt was present and was represented by Frank Cikutovich. Before the Court were Defendant's Motion to Modify Order Setting Conditions of Release, ECF No. 213, and the USAO's Motion for Detention, ECF No. 217. At the hearing, after reviewing applicable authority and hearing the arguments of the parties, the Court denied the USAO's motion and granted in part and denied in part Defendant's motion. This Order serves to memorialize the Court's oral rulings.

**I.  Defendant's Motion to Modify Order Setting Conditions of Release**

Defendant asks the Court to modify Magistrate Judge Imbrogno's September 12, 2011 Order Granting in Part Motion to Modify Order Setting Conditions of Release, ECF No. 172, which removed Defendant from Global Positioning System (GPS) monitoring and set a curfew from 7:00 p.m. to

ORDER ~ 1

6:00 a.m.   For the reasons stated on the record, the Court grants Defendant's motion to modify his curfew, but reimposes Defendant's GPS monitoring condition.   Defendant is hereby placed on a curfew of **9:00 p.m. to 6:00 a.m.** to permit employment and for other lawful purposes as permitted by United States Probation.

**II.   The USAO's Motion for Detention**

The USAO moves the Court to detain Defendant pending his sentencing on the grounds that his seven prior convictions and two prior supervised release violations demonstrate that he poses a danger to the safety of others or the community.   For the reasons stated on the record, the Court finds by clear and convincing evidence that Defendant is not likely to flee and does not pose a danger to the safety of any other person or the community.   Accordingly, under 18 U.S.C. § 3143(a)(1), the Court denies the USAO's motion for detention.

For these reasons, as well as those stated on the record, **IT IS HEREBY ORDERED**:

1.   Defendant's Motion to Modify Order Setting Conditions of Release, **ECF No. 213**, is **GRANTED in part** (**curfew is set for 9:00 p.m. to 6:00 a.m.**) and **DENIED in part** (**GPS monitoring condition is re-imposed**).

2.   The USAO's Motion for Detention, **ECF No. 217**, is **DENIED.**

**IT IS SO ORDERED.**   The District Court Executive is directed to enter this Order and to provide copies to counsel and U.S. Probation.

**DATED** this ___17th___ day of November 2011.


_____s/Edward F. Shea_____
                    EDWARD F. SHEA
            United States District Judge

Q:\Criminal\2010\134.enter.rulings.2.lc2.wpd

ORDER ~ 2