PS 8
(12/04)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 12 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

U.S.A. vs.        Robert Ellis Blunt        Docket No.        2:10CR00134-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, pretrial services officer, presenting an official report upon the conduct of defendant Robert Ellis Blunt, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno, sitting in the court at Spokane, Washington, on the 29th day of April 2011, under the following conditions:

**Condition #21:** Refrain from use of unlawful possession of a narcotic drug or other controlled substances, as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant provided a urine sample that detected the presence of THC.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/12/2011

by   s/Erik B. Carlson

Erik B. Carlson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

December 12, 2011
Date